Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Northern District of Georgia

### Civil Division

| | FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta |
|---|---|
| | **AUG 02 2024** |
| | KEVIN P. WEIMER, Clerk By: Deputy Clerk |

Sharon Ann Thompson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

USA Government (Office of Attorney General) ; Cleveland State University; RTA(Regional Transit) Cleveland, Ohio

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1:24-CV-3437**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sharon Ann Thompson |
| Address | 1118 Amelia Dr. SW |

| City | State | Zip Code |
|---|---|---|
| Marietta | GA | 30060 |

| | |
|---|---|
| County | Cobb |
| Telephone Number | 407-543-7160 |
| E-Mail Address | Sthompson.11040@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | USA Government (office of Attorney General) |
| Job or Title *(if known)* | |
| Address | 717 Madison Place NW |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20439 |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Cleveland State University |
| Job or Title *(if known)* | (Faculty staff of 3 Professors) see attachment |
| Address | 2121 Euclid Avenue |

| City | State | Zip Code |
|---|---|---|
| Cleveland | OH | 44115 |

| | |
|---|---|
| County | Cuyahoga |
| Telephone Number | |
| E-Mail Address *(if known)* | email.admin@csuohio.edu |

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Regional Transit Authority |
| Job or Title *(if known)* | (Berry Grant Sup.) |
| Address | 1240 W. 6th street |

| City | State | Zip Code |
|---|---|---|
| Cleveland | OH | 44113 |

| | | | |
|---|---|---|---|
| County | Cuyahoga | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

| *City* | *State* | *Zip Code* |
|---|---|---|

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    1.) 4th and 5th th Amendment; unlawful wiretap, Search & Seizure
    2.) 8th Amendment, Cruel and Unusual Punishment
    3.) Title VI of the Civil Rights Act of 1964; Discrimination against Gender and Race
    4.) 14th Amendment; Equal Protection, Concern and Respect; Universal Declaration of Human Rights

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

USC Sections 241, 242 Conspiracy against Rights  1983/1985.

3 CSU (Cleveland State University) Professors: Honoree Jeffers, Richard Perloff, and Jeff Lange, came into conspiracy, with the Government, to deter a sexual harassment claim that was being filed against a Supervisor (Berry Grant) employed with RTA (Regional Transit Authority) Cleveland, OH. The professors conspired to fail me, although only Honoree Jeffers carried out the act, Ms. Jeffers and Richard Perloff took part also in violating Title VI.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1.) I was a part-time employee September 1996, for RTA (Regional Transit Authority) of Cleveland, Ohio, and began to receive unwanted sexual advances from the Supervisor (Berry Grant).  After Mr. Grant became hostile, at work, I filed a complaint with the EEOC. The EEOC did not return a verdict for 2 years, and during this time, I began to be stalked, photographed, wiretapped etc… which has continued to the present day.

2.) Also as a Student at Cleveland State University, Cleveland, Ohio

3.) Current present day, wiretapping and harassment, Marietta, Georgia.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

From September 1996- present

C.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

1.) I began to receive unwanted sexual advances from the Supervisor (Berry Grant), working at RTA (Regional Transit Authority). After declining his advances on 3 separate occassions, he then offered to make me full-time. I had a young 8 year old daughter at home, and did not want to work full-time, at the time. After Mr. Grant became hostile, at work, I filed a complaint with the EEOC. I also learned that 2 other females, working under this Supervisor, had also filed complaints with the EEOC, but to no avail. During this time, before the "2 year" investigation, ended, I began to be stalked, photographed, wiretapped (tooth cavity and phone), and incur workplace discrimination. Before this position with RTA, I had worked as a Manager for 7 years, missing just (1) day of work, and always advancing. The part-time w/RTA was more pay per hour and flexible.

2.) I also attended Cleveland State University again, (within the 2 years of the EEOC investigation, at this time), after leaving RTA, pursuing my Bachelor of Arts in Communication. I started to notice I was being surveillanced in my home, by the things 2 professors (Honoree Jeffers/Richard Perloff), would say, referrincing personal situations(ie. as the 1 person I was dating, at the time), only someone in my home would know, and my daughter was just 8, and watched by a close friend when not in school. These 2 Professors would talk unsuitable and in impropriety, with sexual rhetoric, in an attempt to embarrass me about the Sexual Harassment claim. Acts completely unwarranted, illegal and without cause, with unspeakable embarrasment.  see attachments

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Dental surgery
Consistent unemployment due to Wiretap and Discrimination
Trauma
Moving State to State
Gender violations

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Requesting 1.5 Million US currency
50,000. surgery cost + 450,000. unconsciousciable instrusion
120,000. Sexual harassment RTA (Ohio Transit Authority)
375,000. Cleveland State University for Conspiracy and lost time and wages
505,000. Punitive damages

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/1/2024

Signature of Plaintiff

Printed Name of Plaintiff    Sharon Ann Thompson

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

| City | State | Zip Code |
| --- | --- | --- |

Telephone Number
E-mail Address

8/1/24

Pro se 15 Civil Complaint

2.) contd.

The intrusion into my home, erupted into more verbal conversations by the (2) professors, ending in a conspiracy to fail my grades for the classes that quarter, Spring 1998. Only Professor Honoree Jeffers, carried out the act, of failing the class Black English Lit 380. Through the "per usual" open disclosure, she revealed, when the grades were posted,  and I received a "C" from the other 2 professors, R. Perloff and J. Lange, that they were all suppose to FAIL ME.

3.) I made a dentist appointment during the time-frame, and took my 8 year old daughter Jessica. The dentist appointment, which should have consisted of a simple extraction, became a bludgeoned, evil, physical wiretap intrusion, into my tooth cavity! In the presence of my 8 year old; although I was not aware at the time, assuredlly. Horribly violating any expectation of privacy.  I continue to be violated, present,  requiring surgical removal of the wire. It precludes to insecurity, exploitation and unsafe, within and in all respect to life and liberty.

4.) In respect to Title VI of the 1964 Civil Rights Act, these actions described, are all forms of discrimination, culminating into present life and work environments, unsuitable, oppressive and devoid of equal opportunity for employment. In example, I have had at least 4 contracts terminated with staffing agencies/and or Employers, with NO explanation and  non-work related, in the last 10 years.

 Ie., Empower Investment, of which the Supervisor, on a live Zoom call, pointed at me and said "I've got my eye on you", and I was terminated the next day, again, NO explanation, and non-work related.